**COPY**

LODGED

JEFFREY B. NORRIS
Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

2009 APR 22 PM 2:46

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>        Plaintiff, | |
| vs. | **CV 09 - 02802 SJO** |
| **DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO,** | Case No. |
| | **COMPLAINT** |
|        Defendants,<br>and, | |
| **MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN,** | |
|        Relief Defendants. | |

### [PLAINTIFFF DEMANDS TRIAL BY JURY]

The United States Securities and Exchange Commission ("Commission") files this

Complaint against Defendants David Praise a/k/a Musa Mohamed a/k/a David Praise Edwards

a/k/a David Enrique Fernandez ("Praise"), Noel Kamanga Mwangi ("Mwangi"), Martin Burke, individually and d/b/a ESM, Limited ("Burke") and William F. Dippolito ("Dippolito") (collectively "Defendants") and Relief Defendants Marinco, Inc. ("Marinco"), China Infrastructure Capital Management, Inc. ("CICM"), Werner Buettiker ("Buettiker"), Gabrial Pennicott ("G. Pennicott"), Cynthia Pennicott ("C. Pennicott"), Salomon Bassim ("Bassim"), William Lenz ("Lenz") and Lenzburg Capital Corporation ("Lenzburg"), Integrated Technologies Group, Inc. ("Integrated"), Investor Select, A.G. ("Investor Select"), Robert Justino ("Justino"), Kismet T. Cyriacks ("Cyriacks"), Zara Akbar ("Akbar"), Dr. Brian P. Killian ("Killian"), and William R. Chapman ("Chapman")(collectively "Relief Defendants").

The Commission alleges as follows:

## SUMMARY

1.      This matter involves two separate high-yield prime bank investment schemes perpetrated by Defendants beginning no later than the summer of 2007 and continuing until at least August 2008.  Through the fraudulent offer and sale of the high-yield programs, the Defendants collected a total of $14.7 million from their victims.

2.      In the first fraudulent program, Praise and Mwangi collected $12.2 million from eight investors.  Immediately after this fraud concluded, Praise, Burke and Mwangi induced a different group of victims to invest $2.5 million in another high-yield scheme.  Dippolito aided and abetted the Defendants in perpetrating the second fraud.

3.      While the schemes involved separate transactions, Defendants collected funds through similar false and misleading statements and, in both cases, stole the funds entrusted to them.  Defendants told investors their funds would be used to purchase financial instruments that Praise would use in transactions that would earn investors profits of up to 300 percent within days or weeks.  According to Defendants, investor funds would remain secure in

*RE:  SEC v. David Praise, et al.*
**COMPLAINT**                                                                                    2

designated bank accounts until the purported financial instruments were purchased and the high-yield transactions were arranged and ready to be funded.

     4.     In fact, the Defendants did not use any of the money they collected from investors in the programs they described to their victims. Rather, as soon as investor funds were deposited in designated accounts, the Defendants misappropriated the entire $14.7 million and disbursed the funds to themselves, to Relief Defendants and to others.

     5.     While Defendant Dippolito, an attorney, apparently did not participate directly in the offer and sale of the purported high-yield investments, he aided and abetted antifraud violations of Praise, Mwangi and Burke by assuming the role of "paymaster" in the second fraudulent program. After receiving investor deposits of $2.5 million into his paymaster account, Dippolito, with at least severe recklessness, followed Mwangi's instructions to misappropriate the funds.

     6.     At present, the money invested in these fraudulent high-yield schemes has neither been returned to investors nor used for their benefit. Through this civil injunctive action, the Commission seeks equitable relief to facilitate the recovery of funds from Defendants and Relief Defendants who have been unjustly enriched.

     7.     By engaging in the conduct detailed in this Complaint, Defendants Praise, Mwangi and Burke, directly or indirectly, singly or in concert, have engaged in, and unless enjoined will continue to engage in transactions, acts, practices and courses of business that constitute violations of Sections 5(a), 5(c) and 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77e(a), 77e(c) and 77q(a)] and Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and of Rule 10b-5 [17 C.F.R. § 240.10b-5], promulgated thereunder. By engaging in the conduct detailed in this Complaint, Defendant Dippolito has, directly or indirectly, singly or in concert, engaged in, and unless enjoined will

continue to engage in transactions, acts practices and courses of business that aid and abet

violations by Praise, Mwangi and Burke of Section 10(b) of the Exchange Act and Rule 10b-5

thereunder.

## JURISDICTION AND VENUE

8.     The investments offered and sold by the Defendants are "securities" under

Section 2(1) of the Securities Act [15 U.S.C. § 77b] and Section 3(a)(10) of the Exchange Act

[15 U.S.C. § 78c].

9.     The Commission brings this action pursuant to the authority conferred upon it by

Section 20(b) of the Securities Act [15 U.S.C. § 77t(b)], and Section 21(d) of the Exchange Act

[15 U.S.C. § 78u(d)], to permanently enjoin Defendants from future violations of the federal

securities laws.

10.     This Court has jurisdiction over this action, and venue is proper, pursuant to

Section 22(a) of the Securities Act [15 U.S.C. § 77v(a)], and Section 27 of the Exchange Act [15

U.S.C. § 78aa].

11.     Defendants, directly or indirectly, made use of the means or instruments of

transportation and communication, and the means or instrumentalities of interstate commerce,

or of the mails, in connection with the transactions, acts, practices and courses of business

alleged herein.  Certain of the transactions, acts, practices and courses of business alleged

herein took place in the Central District of California.

## DEFENDANTS

12.     **David Praise**, age 46, resides in Murrieta, California.  Praise has several aliases,

including "Musa Mohamed", "David Praise Edwards", and "David Enrique Fernandez."  Praise

was granted asylum from Nigeria in 1999.  Praise was convicted of a felony on March 26, 2007,

in Los Angeles, California, and sentenced to three years probation.  Based on multiple violations

of his probation conditions, Praise was arrested and is presently incarcerated in California,
pending a hearing to determine whether he should serve all or part of his three-year sentence.

13.     **Noel Kamanga Mwangi**, age 33, resides in Leslie, Michigan.  Mwangi was
responsible, directly or through Dippolito, for misappropriating investor funds from bank
accounts and distributing them to various individuals and entities.  Simultaneously, he promised
investors he would return the funds, knowing they were already disbursed.  During the
Commission's investigation, Mwangi asserted his Fifth Amendment privilege in response to a
subpoena requiring his testimony.

14.     **Martin A. Burke,** age 44, resides at an unknown location or has no permanent
residence.  Burke used the company name of ESM, Ltd. ("ESM") in the $12.2 million scheme.
The Commission is informed and believes that ESM was at one time a corporation registered in
the state of Georgia, whose corporate status was revoked prior to the period relevant to this
Complaint.

15.     **William F. Dippolito**, age 77, is a practicing lawyer in Tacoma, Washington.
He was the "paymaster", or alleged escrow agent, in the $2.5 million transaction.  On August
14, 2007, Dippolito was permanently enjoined for aiding and abetting violations of the antifraud
provisions of the federal securities laws in a separate civil injunctive action brought by the
Commission. *See SEC v. Global Finance & Investments, Inc., et al,* Cause No. 4:07-CV-346-RAS
(E.D. Tex. 2007).   In the *Global Finance* case, as in the present matter, Dippolito served as the
paymaster in a high-yield investment scheme.

### RELIEF DEFENDANTS

16.     **Marinco, Inc.** is a California corporation.  Pursuant to Mwangi's request,
Dippolito transferred $220,000 to Marinco, Inc.  Marinco later transferred these funds to Praise.

17. **China Infrastructure Capital Management, Inc.** was a New York corporation until it dissolved in 2006. Its officers and agents included Praise, Mwangi, and G. Pennicott. In the first transaction, investors deposited their funds in CICM's Bermuda bank account.

18. **Werner Buettiker** is believed to be a Swiss citizen who received $8.64 million from the $12.2 million transaction.

19. **Gabrial Pennicott,** an Australian citizen, was an officer or agent of CICM. He received more than $500,000 of investor funds. In 2005, the Australian Securities and Investment Commission charged G. Pennicott with 47 counts of securities fraud in an unrelated matter. G. Pennicott was arrested in Canada and, in December 2007, was extradited to Australia. His criminal trial is pending.

20. **Cynthia Pennicott,** G. Pennicott's wife, was a signatory on the CICM accounts. In the $12.2 million transaction, she co-signed with Mwangi to facilitate the transfers out of the CICM account. She directed funds to herself and to Praise.

21. **Salomon Bassim** is a Venezuelan lawyer who played a role in introducing Buettiker to Praise. He received $380,000 from the $12.2 million transaction.

22. **William "Willy" Lenz** is a Canadian citizen who put together the investor group in the $12.2 million transaction. Lenz ultimately received $200,000 from the $12.2 million, but returned $100,000. Lenz has been sanctioned twice previously by the Alberta Securities Commission for selling unregistered securities. *See In the matter of Lenzburg Capital Corporation, Lenzburg International, Ltd., and Willy Lenz*, Settlement Agreement, dated April 19, 1995; *In the matter of Lenzburg Capital Corporation, Lenzburg International, Ltd., and William Lenz*, Settlement Agreement, dated July 16, 1997.

23.     **Lenzburg Capital Corporation** is a Canadian company, controlled by Lenz, which received the $200,000 of investor funds on behalf of Lenz and returned $100,000 to Praise.

24.     **Integrated Technologies Group, Inc.** was an Indiana company used to provide financing to a local Fishers, Indiana heating and air conditioning business. Praise promised to provide Integrated with $20 million in financing so that the company could pursue an ambitious business expansion plan. In exchange, Praise was promised a share of Integrated's profits. Praise transferred $1.5 million to Integrated, but never followed through with any other financing.

25.     **Investor Select, A.G.** is a Swiss company in Zug, Switzerland, believed to be controlled by David Praise and created to receive the proceeds from various transactions. Investor Select received $1.1 million from the $2.5 million transaction.

26.     **Roberto Justino** is a Brazilian citizen residing in Switzerland who received $476,970 of the proceeds from the $2.5 million transaction.

27.     **Kismet T. Cyriacks** is believed to be an associate of Praise who resides in San Diego, California. Cyriacks received $180,000 from the $12.2 million transaction.

28.     **Zara Akbar** is a British citizen associated with Mwangi, who played an unspecified role in the $2.5 million transaction and received $100,000 from that transaction.

29.     **Dr. Brian P. Killian**, a Michigan resident, is Mwangi's chiropractor and received $22,000 from the $2.5 million transaction.

30.     **William R. Chapman**, another Michigan resident, is Mwangi's pastor and received $20,000 from the $2.5 million transaction.

## STATEMENT OF FACTS AND ALLEGATIONS
### RELEVANT TO ALL CAUSES OF ACTION

### The Fraudulent $12.2 Million Transaction

31.      In the summer of 2007, Praise enlisted Lenz to act as an intermediary in communicating with potential investors about a high-yield or prime-bank investment.  Lenz's holding company, Lenzburg, executed a contract with CICM, an entity affiliated with Praise.

32.      Based on the information he received from Praise, Lenz told investors that Praise would act as "the trader" in three "buy-sell" transactions in "paper."  Lenz, as instructed by Praise, told investors that these transactions would generate returns of 400% each, of which investors would receive 300%.  Moreover, based on information supplied by Praise, Lenz represented that investors would ultimately receive $15 million for each $1 million they invested.

33.      These statements induced eight investors to commit a total of $12.2 million to the high-yield program.  Praise instructed Lenz to have investors deposit their funds in a CICM account at Hsbc Bank in Bermuda.  To convince investors that their money would be secure pending the promised financial transactions, Praise agreed to add an investor representative, as well as Lenz, as signatories on the CICM account.  Praise failed to disclose that Mwangi and C. Prescott were already signatories and that their signatures alone were sufficient to release funds from the account.

34.      On October 9 and 10, 2007, the investors wired $12.2 into the Bermuda account. The funds had hardly come to rest in the account when, on October 10, 2007, Mwangi directed the Bermuda bank to transfer the entire pool of investor money to an array of individuals and companies, most of which were outside the US.  None of the funds were used in "buy-sell" transactions, as represented to investors.

35.     Based on Mwangi's instructions, the $12.2 million was distributed in the following manner:

| Recipients | Amount | Date |
|---|---|---|
| Werner Buettiker (Swiss citizen) | $8,640,000 | 10/10/07 |
| Integrated Technologies Group, Inc. (Fishers, Indiana) (Praise was director) | $1,500,000 | 10/11/07 |
| Develacon Properties, Inc. (Vancouver, Canada) (Praise, the Pennicotts became part-owners; C. Pennicott was on bank account; funds went from Develacon to Praise and the Pennicotts) | $1,273,600 | 11/29/07 |
| Lenzburg Capital Corporation (owned by Willie Lenz, Calgary, Canada) | $ 200,000 | 10/11/07, 10/15/07 |
| Salomon Bassim (Venezuelan lawyer) | $ 380,000 | 10/30/07 |
| Kismet T. Cyriacks (S. California associate of Praise) | $ 180,000 | 10/31/07 |
| Carlos A. Acosta, Nilsa E. Acosta (reside in Newtown Square, Pennsylvania, but travel extensively; appear to be associates of Praise and the Pennicotts) | $ 7,000 | 11/05/07 |
| Fanny Del Moral (possibly associate of Bill Liu of CICM) | $ 3,000 | 11/13/07 |
| Jephus Enterprises (Nairobi, Kenya) (Mwangi's company) | $ 500 | 10/31/07 |
| TOTAL | $12,184,100 | |

36.     After the investors' money was misappropriated, Praise and Mwangi lulled investors until at least April 2008 with false reports that their funds were still secure. To corroborate their lies, Praise and Mwangi created false and misleading bank documents and provided them to investors.

## The Fraudulent $2.5 Million Transaction

37.    In June, 2008, Praise and Burke solicited a Nashville attorney ("Attorney") to have one of his clients invest in a purported high-yield investment opportunity. Initially, Burke agreed to arrange a high-yield transaction involving Brazilian bonds. When this transaction failed to materialize, Burke told the Attorney that Burke's company, ESM, could acquire a bank instrument for $2.5 million that would return $10 million within 30 days. Burke described the instrument as a €500 medium-term note issued by a German Bank.

38.    According to Burke, once ESM acquired the use of the medium-term note, it would be used by Burke and Praise to activate a prearranged line of credit from Merrill Lynch. After the credit line was in place and the bank delivered the instrument, Burke told the Attorney, Burke and Praise would draw $10 million on the credit line to pay the investor within 24 hours. Finally, Burke represented that the remainder of the credit line would be used in a trading program, once more featuring Praise's talent as an expert trader. ESM would then pay the client 20% of the trading profits.

39.    The client and Burke entered into a written contract providing that the client would deposit $2.5 million into Dippolito's trust account. Burke led the Attorney to believe that depositing the funds in the trust account would ensure that the money was not misappropriated. Burke explained to the Attorney that Dippolito would hold the client's funds in trust until ESM received confirmation "of satisfactory reservation, assignment, and transfer" of the instrument into ESM's "margin and credit facilities."

40.    Dippolito was not a party to the ESM contract, but had a separate contract with Mwangi, in which Dippolito agreed to receive funds on Mwangi's behalf as "paymaster" and to disburse such funds in accordance with Mwangi's instructions. Mwangi was also not a party to

the ESM contract, but knew the funds originated from an investor and conspired with Praise and Burke to misappropriate the investor's funds.

41.    On June 30, 2008, the Attorney, on behalf of his client, wired the $2.5 million to Dippolito's trust account. Between July 1, 2008, and August 8, 2008, Mwangi directed Dippolito to send various sums to a number of companies and individuals. None of the disbursements went toward the "reservation, assignment and transfer" of the medium-term note or toward purported trading activities.

42.    Mwangi directed the Dippolito to disburse the $2.5 million in the following manner:

| Recipient | Amount | Date |
|---|---|---|
| Investor Select, A.G. (Zug, Switzerland)<br>(account opened by Praise) | $1,100,000 | 7/16/08 |
| Zara Akbar (London, England)<br>(Mwangi associate) | $ 100,000 | 7/01/08 |
| Roberto Justino (Brazilian living in Switzerland,<br>connection to Defendants is unknown) | $ 476,970 | 7/01/08 |
| Kamanga Mwangi ($100,000 x 2)<br>($100,000 forwarded to Praise account) | $ 200,000 | 7/09/08,<br>7/14/08 |
| Luxury Motors ($5,000 + $79,862)<br>(for Mwangi's Range Rover) | $ 84,862 | 7/14/08 |
| PT Shamrock  ($14,580 + $54,453)<br>(possibly fees for creating offshore<br>company) | $ 69,033 | 7/11/08,<br>8/08/08 |
| Klestil & Kollegen Kanzlei Pfeiffer (Vienna)<br>(possibly fees) | $ 48,456 | 7/11/08 |
| Jephus Enterprises (Nairobi, Kenya)<br>(Mwangi's company) | $ 25,000 | 7/07/08 |
| IES Escrow (Europe AG)<br>(no known connection to defendants) | $ 47,712 | 7/24/08 |

| | | |
|---|---:|---|
| Loyal Bank Limited (St. Vincent)<br>(no known connection to defendants) | $   19,101 | 7/31/08 |
| Marinco, Inc., Huntington Beach, CA<br>(sent by cashier's check;<br>$76,000 then sent to Praise) | $ 220,000 | 6/30/08 |
| San Diego County Credit Union<br>(appears to be two $25,000<br>cashier's checks, sent to Praise's account) | $   50,000 | 7/07/08 |
| Mwangi, via Western Union<br>(possibly fee for Stephen D. Ryan, III,<br>Greenwich, CT) | $     5,000 | 7/07/08 |
| Jeffrey & Tanya Anzaldua<br>(for civil judgment owed by Mwangi) | $     6,000 | 7/07/08 |
| Dr. Brian P. Killian, Leslie, MI<br>(Mwangi's chiropractor) | $   22,000 | 7/07/08 |
| William R. Chapman, Leslie, MI<br>(Mwangi's pastor) | $   20,000 | 7/07/08 |
| Unknown | $     6,000 | 7/23/08 |
| Unknown | $     2,000 | 7/23/08 |
| TOTAL | $2,504,134 | |

43.    Following the deposit of the $2.5 million into Dippolito's account, Praise and
Burke lulled the Attorney and his client with numerous excuses for their failure to make the
promised payment of $10 million.  Finally, on or about July 16, 2008, the Attorney served
Burke and Dippolito with a written notice canceling the ESM contract and demanding return of
his client's money.

44.    By the time the Attorney sent Burke his letter terminating the transaction,
however, most of the $2.5 million had been dissipated.  Thereafter, Praise and Burke lulled the
Attorney with empty promises that they would return his client's funds.  At the same time, in

spite of repeated requests, Dippolito refused to respond to the Attorney's efforts to determine whether the money was still in his account.

## FIRST CLAIM

### Violations of Section 17(a) of the Securities Act

[As to Praise, Mwangi and Burke]

45.     Plaintiff Commission repeats and incorporates paragraphs 1 through 44 of this Complaint by reference as if set forth *verbatim*.

46.     Defendants Praise, Mwangi and Burke, directly or indirectly, singly or in concert with others, in connection with the offer or sale of securities, by use of the means and instrumentalities of interstate commerce and by use of the mails have:  (a) employed devices, schemes and artifices to defraud;  (b) made untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and  (c)  engaged in acts, practices and courses of business which operated as a fraud and deceit upon purchasers, prospective purchasers and other persons.

47.     As a part of and in furtherance of their scheme, Defendants Praise, Mwangi and Burke, directly and indirectly, prepared, disseminated or used contracts, written offering documents, promotional materials, investor and other correspondence, and oral presentations, which contained untrue statements of material facts and misrepresentations of material facts, and which omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading, including, but not limited to, those set forth in Paragraphs 1 through 44 above.

48.     With respect to violations of Sections 17(a)(2) and (3) of the Securities Act, Defendants Praise, Mwangi and Burke were negligent in their actions regarding the

representations and omissions alleged herein. With respect to violations of Section 17(a)(1) of the Securities Act, Defendants Praise, Mwangi and Burke made the above-referenced misrepresentations and omissions knowingly or with severe recklessness regarding the truth.

49. By reason of the foregoing, Defendants Praise, Mwangi and Burke have violated and, unless enjoined, will commit future violations of Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)].

## SECOND CLAIM

## Violations of Section 10(b) of the Exchange Act and Rule 10b-5

[As to Praise, Mwangi and Burke]

50. Plaintiff Commission repeats and incorporates paragraphs 1 through 44 of this Complaint by reference as if set forth *verbatim*.

51. Defendants Praise, Mwangi and Burke, directly or indirectly, singly or in concert with others, in connection with the purchase or sale of securities, by use of the means and instrumentalities of interstate commerce and by use of the mails have: (a) employed devices, schemes and artifices to defraud; (b) made untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and (c) engaged in acts, practices and courses of business which operated as a fraud and deceit upon purchasers, prospective purchasers and other persons.

52. As a part of and in furtherance of their scheme, Defendants Praise, Mwangi and Burke, directly and indirectly, prepared, disseminated or used contracts, written offering documents, promotional materials, investor and other correspondence, and oral presentations, which contained untrue statements of material facts and misrepresentations of material facts, and which omitted to state material facts necessary in order to make the statements made, in

light of the circumstances under which they were made, not misleading, including, but not limited to, those set forth in Paragraphs 1 through 44 above.

53.     Defendants Praise, Mwangi and Burke made the above-referenced misrepresentations and omissions knowingly or with severe recklessness regarding the truth.

54.     By reason of the foregoing, Defendants Praise, Mwangi and Burke violated and, unless enjoined, will commit future violations of Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5].

### THIRD CLAIM

### Violations of Section 5(a) and 5(c) of the Securities Act

[As to Praise, Mwangi and Burke]

55.     Plaintiff Commission repeats and incorporates paragraphs 1 through 44 of this Complaint by reference as if set forth *verbatim*.

56.     Defendants Praise, Mwangi and Burke, directly or indirectly, singly and in concert with others, have been offering to sell, selling and delivering after sale, certain securities, and have been, directly and indirectly: (a) making use of the means and instruments of transportation and communication in interstate commerce and of the mails to sell securities, through the use of written contracts, offering documents and otherwise; (b) carrying and causing to be carried through the mails and in interstate commerce by the means and instruments of transportation, such securities for the purpose of sale and for delivery after sale; and (c) making use of the means or instruments of transportation and communication in interstate commerce and of the mails to offer to sell such securities.

57.     As described in paragraphs 1 through 44, the investments described in detail herein, have been offered and sold to the public through a general solicitation of investors.  No

registration statements were ever filed with the Commission or otherwise in effect with respect to these securities.

58.    By reason of the foregoing, Defendants Praise, Mwangi and Burke have violated and, unless enjoined, will commit future violations of Sections 5(a) and 5(c) of the Securities Act [15 U.S.C. §§ 77e(a) and 77e(c)].

## FOURTH CLAIM

### Aiding and Abetting Violations By Praise, Mwangi and Burke Of Section 10(b) of the Exchange Act and Rule 10b-5 Thereunder

[As to Dippolito]

59.    Plaintiff Commission repeats and incorporates paragraphs 1 through 44 of this Complaint by reference as if set forth *verbatim*.

60.    Based on the conduct alleged herein, Defendant Dippolito violated Section 10(b) of the Exchange Act and Rule 10b-5, in that he, in the manner set forth above, knowingly or with severe recklessness, provided substantial assistance to Praise, Mwangi and Burke in connection with their violations of Section 10(b) and Rule 10b-5.

61.    By reason of the foregoing, Defendant Dippolito aided and abetted Praise, Mwangi and Burke's violation of, and unless restrained and enjoined, will aid and abet further violations of Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5].

## FIFTH CLAIM

### Claim Against the Relief Defendants As Custodians of Investor Funds

62.    Plaintiff Commission repeats and realleges paragraphs 1 through 44 of this Complaint and incorporated herein by reference as if set forth *verbatim*.

63.      As set forth in this Complaint, Relief Defendants have received funds and

property from one or more of the Defendants, which are the proceeds, or are traceable to the

proceeds, of the unlawful activities of Defendants, as alleged in paragraphs 1 through 44,

above.

64.      Relief Defendants have obtained the funds and property alleged above as part

of, and in furtherance of, the securities violations alleged in paragraphs 1 through 44 and under

circumstances in which it is not just, equitable or conscionable for them to retain the funds and

property.  As a consequence, Relief Defendants have been unjustly enriched.

## **RELIEF REQUESTED**

**WHEREFORE**, Plaintiff respectfully requests that this Court:

### **I.**

Permanently enjoin Defendants from violating Section 10(b) of the Exchange Act and

Rule 10b-5 thereunder and Defendants Praise, Mwangi and Burke from violating 5(a), 5(c), and

17(a) of the Securities Act.

### **II.**

Order the Defendants to disgorge an amount equal to the funds and benefits they

obtained illegally as a result of the violations alleged herein, plus prejudgment interest on that

amount, and order the Relief Defendants to disgorge an amount equal to the illegally obtained

investors' funds they received from the Defendants, plus prejudgment interest on that amount.

### **III.**

Order civil penalties against the Defendants pursuant to Section 20(d) of the Securities

Act [15 U.S.C. § 77t(d)], and Section 21(d) of the Exchange Act [15 U.S.C. § 78u(d)], for the

violations alleged herein.

**IV.**

Order such further relief as this Court may deem just and proper.

Dated and signed on the 21st day of April, 2009.

JEFFREY B. NORRIS
SENIOR TRIAL COUNSEL
Washington, D.C. Bar No. 424258
U.S. SECURITIES & EXCHANGE
COMMISSION
801 Cherry St., 19th Floor
Fort Worth, Texas 76102
Office: (817) 978-6452
Fax: (817) 978-4927
Norrisj@sec.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Paul L. Abrams.

The case number on all documents filed with the Court should read as follows:

## CV09- 2802 SJO (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff(s),<br><br>v.<br><br>DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO,<br>Defendant(s),<br><br>and,<br><br>MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN,<br>Relief Defendants. | **CASE NUMBER**<br><br>**CV 09 - 02802** SJO<br><br>PLA<br><br><br>**SUMMONS** |

TO:   Relief-Defendant: ROBERTO JUSTINO, Av. Paris, Edificio Marina, Piso 1,
      Apartmiento 11, Caracas, Venezula; or Wherever Located.

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint.  You also must file your answer or motion with the court.

TERRY NAFISI
Clerk, U.S. District Court

Dated: APR 2 2 2009                 By:

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, Plaintiff(s), | CASE NUMBER |
|---|---|
| v. | **CV 09 - 02802** SJO |
| **DAVID PRAISE** a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, **NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO,** Defendant(s), | PLA |
| and, | **SUMMONS** |
| **MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN,** and **WILLIAM R. CHAPMAN, Relief Defendants.** | |

TO:   Relief-Defendant: **GABRIAL PENNICOTT, 1489 Marine Drive, Suite 423, British Columbia, V7T-1B8 Canada; or Wherever Located.**

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

**TERRY NAFISI**
Clerk, U.S. District Court

Dated: ⌈APR 2 2 2009

By: _____

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, Plaintiff(s), | CASE NUMBER |
|---|---|
| v. | CV 09 - 02802 SJO |
| DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO, Defendant(s), | PLA |
| and, | SUMMONS |
| MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN, Relief Defendants. | |

TO:    Relief-Defendant: **WERNER BUETTIKER; Wherever Located.**

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint.  You also must file your answer or motion with the court.

TERRY NAFISI
Clerk, U.S. District Court

Dated: _____APR 2 2 2009_____    By: _____

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff(s),

**CV**   **CASE NUMBER**
    **09**   -   **02802** SJO
                                                      PLAx

                 **v.**

DAVID PRAISE a/k/a Musa Mohamed, David Praise
Edwards, David Enrique Fernandez, NOEL KAMANGA
MWANGI, MARTIN A. BURKE, Individually and d/b/a
ESM, Limited, WILLIAM F. DIPPOLITO,
    Defendant(s),

**and,**

MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL
MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL
PENNICOTT, CYNTHIA PENNICOTT, SALOMON
BASSIM, WILLIAM LENZ, LENZBURG CAPITAL
CORPORATION, INTEGRATED TECHNOLOGIES
GROUP, INC., INVESTOR SELECT, A.G., ROBERTO
JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR.
BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN,
    Relief Defendants.

**SUMMONS**

**TO:**    Relief-Defendant CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC, by
and through, California Secretary of State, 1500 11th Street, Sacramento, California 95814;
or Wherever Located.

    A lawsuit has been filed against you.

    Within <u>20</u> days after service of this summons on you (not counting the day you received
it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12
of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's
attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission,
Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102.
If you fail to do so, judgment by default will be entered against you for the relief demand in the
complaint. You also must file your answer or motion with the court.

                              **TERRY NAFISI**
                    Clerk, U.S. District Court

Dated:   **APR 2 2 2009**      By: _____

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, Plaintiff(s), | CASE NUMBER |
|---|---|
| | **CV 09 - 02802 SJO** |
| v. | |
| DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO, Defendant(s), | |
| and, | **SUMMONS** |
| MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN, Relief Defendants. | |

TO:     Relief-Defendant: **MARINCO, INC., Wherever Located.**

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

**TERRY NAFISI**
Clerk, U.S. District Court

Dated:  <u>APR 2 2 2009</u>          By:  _____

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff(s), | CASE NUMBER<br>CV 09 - 02802 SJO PLAx |
|---|---|
| v.<br><br>**DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO,**<br>Defendant(s),<br><br>and,<br><br>**MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN,**<br>Relief Defendants. | **SUMMONS** |

TO:    Defendant: **WILLIAM F. DIPPOLITO, 1011 South L Street, Tacoma, Washington 98405; or Wherever Located.**

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint.  You also must file your answer or motion with the court.

TERRY NAFISI

Clerk, U.S. District Court

Dated:  APR 2 2 2009          By: _____

CV-01A (12/07) Summons

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff(s), | **CASE NUMBER** |
| | **CV 09 - 02802 SJO** |
| v. | **PLAx** |
| DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO,<br>Defendant(s), | |
| and, | **SUMMONS** |
| MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN,<br>Relief Defendants. | |

**TO:**   Defendant: MARTIN A. BURKE, Individually and d/b/a ESM, Limited, 222 Pine Hov. Cir., Lake Worth, Florida 33463; or Wherever Located.

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint.  You also must file your answer or motion with the court.

TERRY NAFISI
Clerk, U.S. District Court

Dated: __APR 2 2 2009__         By: _____

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff(s),<br><br>v.<br><br>DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO,<br>Defendant(s),<br><br>and,<br><br>MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN,<br>Relief Defendants. | CASE NUMBER<br>CV 09 - 02802 SJO<br><br>PLAx<br><br>SUMMONS |

TO:   **Defendant: NOEL KAMANGA MWANGI, 4687 Hull Road, Leslie, MI 49251; or Wherever Located.**

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI
Clerk, U.S. District Court

Dated: _APR 2 2 2009_

By: _____

CV-01A (12/07) Summons

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br> Plaintiff(s), <br><br> v. <br><br> **DAVID PRAISE** a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, **NOEL KAMANGA MWANGI, MARTIN A. BURKE**, Individually and d/b/a **ESM, Limited, WILLIAM F. DIPPOLITO**, <br> Defendant(s), <br><br> and, <br><br> **MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN**, and **WILLIAM R. CHAPMAN**, <br> Relief Defendants. | CASE NUMBER <br><br> CV 09 - 02802 SJO PLAx <br><br> **SUMMONS** |

TO:   Defendant: **David Praise Edwards, 28328 Sevilla Street, Murrieta, California 92563; or Wherever Located.**

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

**TERRY NAFISI**
Clerk, U.S. District Court

Dated:   ⌊APR 2 2 2009

By: _____

CV-01A (12/07) Summons

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, Plaintiff(s), | CASE NUMBER |
|---|---|

**CV 09 - 02802 SJO**

PLAx

v.

DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO, Defendant(s),

**SUMMONS**

and,

MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN, Relief Defendants.

TO:   **Defendant: David Enrique Fernandez, 28328 Sevilla Street, Murrieta, California 92563; or Wherever Located.**

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court   **TERRY NAFISI**

Dated: ____APR 2 2 2009____     By: _____

## ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff(s),<br><br>v.<br><br>**DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO,**<br>Defendant(s),<br><br>and,<br><br>**MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN,**<br>Relief Defendants. | CASE NUMBER **CV 09 - 02802** SJO<br><br>PLAx<br><br><br>**SUMMONS** |

TO:   **Defendant: DAVID PRAISE a/k/a Musa Mohamed, 28328 Sevilla Street, Murrieta, California 92563 or Wherever Located.**

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

**TERRY NAFISI**
Clerk, U.S. District Court

Dated: APR 2 2 2009

By: _____

CV-01A (12/07) Summons

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff(s),<br><br>v.<br><br>DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO,<br>Defendant(s),<br><br>and,<br><br>MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN,<br>Relief Defendants. | CASE NUMBER<br>CV 09 - 02802 SJO PLA<br><br><br><br><br>SUMMONS |

**TO:   Relief-Defendant KISMET CYRIACKS, Wherever Located.**

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

**TERRY NAFISI**

Clerk, U.S. District Court

Dated: APR 2 2 2009 _____

By: _____

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, Plaintiff(s), | CASE NUMBER CV 09 - 02802 SJO |
|---|---|
| v. DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO, Defendant(s), and, MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN, Relief Defendants. | SUMMONS |

TO:    Relief-Defendant INVESTOR SELECT, A.G., Swiss Federal Banking Commission,
       Schwanengasse 12, P O Box CH-3001 Berne, Switzerland; or Wherever Located.

A lawsuit has been filed against you.

. Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI
Clerk, U.S. District Court

Dated: APR 2 2 2009                   By:

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, **Plaintiff(s)**, | **CASE NUMBER** CV **09 - 02802** SJO |
| v. | |
| DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO, **Defendant(s),** | |
| and, | **SUMMONS** |
| MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN, **Relief Defendants.** | |

TO:     Relief-Defendant INTEGRATED TECHNOLOGIES GROUP, INC., 8444 Castlewood Drive, Suite 800, Indianapolis, IN 46250; or Wherever Located.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

Clerk, U.S. District Court

Dated: APR 22 2009          By: _____

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff(s),<br><br>v.<br><br>DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO,<br>Defendant(s),<br><br>and,<br><br>MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN,<br>Relief Defendants. | CASE NUMBER<br>**CV  09 - 02802** SJO<br><br>PLA<br><br><br>**SUMMONS** |

**TO:**   Relief-Defendant LENZBURG CAPITAL CORPORATION, 20 Gissing Drive SW, Calgary, Alberta, T3E 4V7 Canada; or Wherever Located.

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

**TERRY NAFISI**
Clerk, U.S. District Court

Dated: _____ APR 2 2 2009 _____     By: _____
                                              (G. EDERMAN)

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff(s),<br><br>v.<br><br>DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO,<br>Defendant(s),<br><br>and,<br><br>MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN,<br>Relief Defendants. | **CASE NUMBER**<br><br>**CV 09 - 02802 SJO**<br><br><br>**SUMMONS** |

**TO:** Relief-Defendant WILLIAM LENZ, 20 Gissing Drive SW, Calgary, Alberta, T3E 4V7 Canada; or Wherever Located.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

Clerk, U.S. District Court

Dated: APR 2 2 2009

By: _____

CV-01A (12/07) Summons

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, **CV 09 - 02802** S/O PLAx | CASE NUMBER |
| Plaintiff(s), | |
| v. | |
| **DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO,** Defendant(s), | **SUMMONS** |
| **and,** | |
| **MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN,** Relief Defendants. | |

**TO:**   **Relief-Defendant SALOMON BASSIM; Wherever Located.**

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

**TERRY NAFISI**
Clerk, U.S. District Court

Dated: ___APR 2 2 2009___        By: _____

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br> **Plaintiff(s)**, <br><br> v. <br><br> **DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO,** <br> **Defendant(s),** <br><br> and, <br><br> **MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN,** <br> **Relief Defendants.** | CASE NUMBER <br><br> CV 09 - 02802 SJO PLAx <br><br><br> SUMMONS |

**TO:**   **Relief-Defendant: ZARA AKBAR, Goodman Park, Berkshire SL2 5NN, United Kingdom, Berkshire, London; or Wherever Located.**

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, of the United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _APR 2 2 2009_    By: _____

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br> Plaintiff(s), <br><br> v. <br><br> DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO, <br> Defendant(s), <br><br> and, <br><br> MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN, <br> Relief Defendants. | **CASE NUMBER** <br><br> **CV 09 - 02802** *SJO* <br> *PLAx* <br><br> **SUMMONS** |

**TO:   Relief-Defendant DR. BRIAN P. KILLIAN, Wherever Located.**

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

Clerk, U.S. District Court

Dated: _APR 22 2009_

By: _____

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, Plaintiff(s), | CASE NUMBER |
|---|---|
| | CV 09 - 02802 SJO PLA |
| v. | |
| DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO, Defendant(s), | SUMMONS |
| and, | |
| MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN, Relief Defendants. | |

**TO:**   Relief-Defendant WILLIAM R. CHAPMAN; Wherever Located.

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102. If you fail to do so, judgment by default will be entered against you for the relief demand in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI
Clerk, U.S. District Court

Dated: _APR 2 2 2009_     By: _____ S. GUZMAN _____

ORIGINAL

JEFFREY B. NORRIS, Attorney for Plaintiff
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Washington, D.C. Bar No. 424258
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102-6882
Telephone: (817) 978-6452
Fax: (817) 978-4927

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff(s),<br><br>v.<br><br>DAVID PRAISE a/k/a Musa Mohamed, David Praise Edwards, David Enrique Fernandez, NOEL KAMANGA MWANGI, MARTIN A. BURKE, Individually and d/b/a ESM, Limited, WILLIAM F. DIPPOLITO,<br>Defendant(s),<br><br>and,<br><br>MARINCO, INC., CHINA INFRASTRUCTURE CAPITAL MANAGEMENT, INC., WERNER BUETTIKER, GABRIAL PENNICOTT, CYNTHIA PENNICOTT, SALOMON BASSIM, WILLIAM LENZ, LENZBURG CAPITAL CORPORATION, INTEGRATED TECHNOLOGIES GROUP, INC., INVESTOR SELECT, A.G., ROBERTO JUSTINO, KISMET CYRIACKS, ZARA AKBAR, DR. BRIAN P. KILLIAN, and WILLIAM R. CHAPMAN,<br>Relief Defendants. | CASE NUMBER<br><br>CV 09 - 02802 SJO PLAx<br><br><br>SUMMONS |
|---|---|

TO:   Relief Defendant: CYNTHIA PENNICOTT, 1489 Marine Drive, Suite 423, British
Columbia, V7T-1B8 Canada; or Wherever Located.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received
it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12
of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's
attorney, Jeffrey B. Norris, whose address is United States Securities and Exchange Commission,
Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas, 76102.
If you fail to do so, judgment by default will be entered against you for the relief demand in the
complaint. You also must file your answer or motion with the court.

TERRY NAFISI
Clerk, U.S. District Court

Dated: ___APR 2 2 2009___          By: _____

ORIGINAL

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>SECURITIES AND EXCHANGE COMMISSION, | DEFENDANTS David Praise A/K/A Musa Mohamed, David Praise Edwards, David Enrique Fernandez, Noel Kamanga Mwangi, Martin A. Burke, Individually and dba ESM, Ltd., William F. Dippolito, Defendants. Marinco, Inc., China Infrastructure Capital Mgmt., Inc., Werner Buettiker, Gabrial Pennicott, Cynthia Pennicott, Salomon Bassim, William Lenz, Lenzburg Capital Corp., Integrated Technologies Group, Inc., Investor Select, A.G., Roberto Justino, Kismet Cyriacks, Zara Akbar, Dr. Brian P. Killian, And William R. Chapman, Attorneys (If Known)  Relief Defendants |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Jeffrey B. Norris, U.S. Securities and Exchange Commission, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth, Texas 76102, (817) 978-6452. | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff      ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant     ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☐ No       ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Section 17(a) [15 U.S.C. § 77q(a)], Section 10(b) [15 U.S.C. § 78j(b)] and Rule 10B-5 thereunder (17 C.F.R. § 240.10b-5], Section 5(a) and 5(c), [15 U.S.C. §§ 77e(a)(c)].

**VII. NATURE OF SUIT** (Place an X in one box only.)

| | | PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

FOR OFFICE USE ONLY:   Case Number: _____ **CV 09 - 02802 SJO PLA**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
#### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
   ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside, | Michigan, Maryland, Illinois, New York, Indiana, Switzerland, Canada, Venezuela, United Kingdom-London |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  April    2009

   Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |