JENNIFER D. BRANDT, Texas Bar No. 00796242
Email: brandtj@sec.gov
U.S. Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Telephone: (817) 978-6442
Facsimile: (817) 978-4927

LOCAL COUNSEL
KAREN MATTESON, Cal. Bar No. 102103
Email: mattesonk@sec.gov
U.S. Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3840
Facsimile: (323) 965-3908
Attorneys for Plaintiff
U.S. Securities and Exchange Commission

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID PRAISE, a/k/a Musa Mohamed, a/k/a David Praise Edwards, a/k/a David Enrique Fernandez, et al.,<br><br>Defendants,<br><br>and,<br><br>MARINCO, INC., et al.,<br><br>Relief Defendants. | Case No.<br><br>**2:09-CV-2802-SJ0-PLAX**<br><br>*EX PARTE* APPLICATION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION TO DISMISS CLAIMS AGAINST CERTAIN RELIEF DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF HAROLD R. LOFTIN, JR. |

Plaintiff Securities and Exchange Commission ("Commission") requests that the Court dismiss its claims against fourteen of the fifteen named relief defendants in this action and would respectfully show the Court as follows:

The Commission filed suit against four named defendants and fifteen relief

defendants. The Commission, after reviewing information obtained during the pre-trial phase of this proceeding, moves the Court to dismiss its claims against the following relief defendants: Marinco, Inc., China Infrastructure Capital Management, Inc., Gabrial Pennicott, Cynthia Pennicott, Salomon Bassim, William Lenz, Lenzburg Capital Corporation, Integrated Technologies Group, Inc., Investor Select, A.G., Roberto Justino, Kismet Cyriacks, Dr. Brian P. Killian, William R. Chapman and Zara Akbar.

The Commission has also filed a motion for default judgment against defendants David Praise, Martin Burke and William Dippolito due to their failure to appear and defend this action. Similarly, Noel Kamanga Mwangi ("Mwangi") and the Commission have reached a settlement agreement, which was filed with the Court. If the Court enters the default judgments, the agreed judgment with Mwangi and grants this motion, the Commission will have only a single claim left against relief defendant Werner Buettiker.

As set forth in the Memorandum of Points and Authorities, counsel for the Commission attempted to stipulate to this motion but was unable to do so because Mwangi is currently in the country of Kenya and therefore unable to execute a stipulation to the application to dismiss. Mwangi has indicated by e-mail, however, that he does not oppose this motion. Counsel for the Commission has conferred with Pro Se Relief Defendant Killian ("Killian") and counsel for Buettiker. Neither of these parties opposes this application.

Date: August 26, 2010

Respectfully submitted,

/s/ Jennifer D. Brandt
Jennifer D. Brandt
Attorney for Plaintiff
Securities and Exchange Commission

# MEMORANDUM OF POINTS AND AUTHORITIES

The Commission requests that the Court dismiss its claims against Marinco, Inc., China Infrastructure Capital Management, Inc., Gabrial Pennicott, Cynthia Pennicott, Salomon Bassim, William Lenz, Lenzburg Capital Corporation, Integrated Technologies Group, Inc., Investor Select, A.G., Roberto Justino, Kismet Cyriacks, Dr. Brian P. Killian, William R. Chapman and Zara Akbar. These persons or entities were sued for the recovery of funds as outlined in *SEC v. Colello*, 139 F.3d 674, 676 (9th Cir. 1998). During the pre-trial phase of this proceeding, the Commission has learned that most of the entities sued are either defunct or incapable of paying a disgorgement order. Similarly, the individuals that were sued that were located domestically or that could be located in a foreign country either have declared bankruptcy or otherwise do not appear to have in their possession funds subject to recovery under *Colello*. Finally, at least two of the individuals named as relief defendants who reside in a foreign country simply cannot be located. Accordingly, in an effort to narrow the issues for trial in this matter the Commission requests that the Court dismiss its claims against the foregoing relief defendants.

This motion, however, does not ask the Court to dismiss the Commission's claims against relief defendant Werner Buettiker. Service of process was obtained only recently against relief defendant Buettiker and he is represented by counsel.

No party will be prejudiced by the relief requested herein and the Commission therefore respectfully requests that the Court enter an order dismissing the Commission's claims against the relief defendants identified above.

Counsel for the Commission has conferred with Mwangi concerning this motion. Unfortunately, since Mwangi is currently in the country of Kenya, although he resides in the United States, he is unavailable to execute a stipulation to the motion.

3

| | |
|---|---|
| 1 | |
| 2 | Counsel for the Commission has similarly conferred with Killian who has |
| 3 | indicated that he does not oppose this application. Similarly, counsel for the |
| 4 | Commission has conferred with counsel for the only other person to appear in this |
| 5 | cause, Buettiker, and represents that the application is unopposed. Accordingly, no |
| 6 | party that has appeared in this proceeding opposes this request to dismiss claims |
| 7 | against the relief defendants identified in the application. |

Date: August 26, 2010            Respectfully submitted,

/s/ Jennifer D. Brandt
Jennifer D. Brandt
Attorney for Plaintiff
Securities and Exchange Commission

4

## DECLARATION OF HAROLD R. LOFTIN, JR.

I, Harold R. Loftin, Jr., declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am one of the attorneys representing plaintiff Securities and Exchange Commission ("Commission") in this action. I have personal knowledge of the following facts and, if called as a witness could and would testify competently thereto.

2. I have conferred with Noel Kamanga Mwangi, Dr. Brian P. Killian and counsel for Werner Buettiker and report that no party opposes this application to dismiss claims against Marinco, Inc., China Infrastructure Capital Management, Inc., Gabrial Pennicott, Cynthia Pennicott, Salomon Bassim, William Lenz, Lenzburg Capital Corporation, Integrated Technologies Group, Inc., Investor Select, A.G., Roberto Justino, Kismet Cyriacks, Dr. Brian P. Killian, William R. Chapman and Zara Akbar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2010, in Fort Worth, Texas.

_____
Harold R. Loftin, Jr.

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X]   **U.S. SECURITIES AND EXCHANGE COMMISSION, 801 Cherry Street, Suite 1900, Fort Worth, Texas 76102.**

Telephone No. (817) 978-6442; Facsimile No. (817) 978-4927

On August 26, 2010, I caused to be served the document entitled *EX PARTE APPLICATION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION TO DISMISS CLAIMS AGAINST CERTAIN RELIEF DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF HAROLD R. LOFTIN, JR.* on all the parties to this action addressed as stated on the attached service list:

[X]   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ]   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]   **FEDERAL EXPRESS:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[X]   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ]   **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[X]   **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Date: August 26, 2010                       /s/ *Jennifer D. Brandt*
                                            Jennifer D. Brandt

1

**SEC v. David Praise, a/k/a Musa Mohamed, et al.**
United States District Court – Central District of California
Case No. 2:09-CV-2802-SJ0 (PLAx)

## SERVICE LIST

N. Kamanga Mwangi
4687 Hull Road
P.O. Box 553
Leslie, MI 49251-0553
*In Pro Per*

Dr. Brian Killian
926 Elmwood Road
Lansing, MI 48917
*In Pro Per*

Gabrial Pennicott
Cynthia Pennicott
7 Volante Crescent
Mermaid Waters
Queensland 4218
AUSTRALIA
*In Pro Per*

Christopher J. Steskal
Fenwick & West, LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Attorney for Werner Buettiker

/s/ *Jennifer D. Brandt*
Jennifer D. Brandt